UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MASON WOLLERSHEIM,<br><br>Plaintiff,<br><br>v.<br><br>SA FRANCIS T. NGYUEN,<br><br>Defendant. | Case No. 2:24-cv-00432-JAD-EJY<br><br>**ORDER** |

Before the Court is Plaintiff's Motion for CM/ECF Registration. ECF No. 9. Under Local Rule IC 2-1(b), a "pro se litigant may request the court's authorization to register as a filer in a specific case."

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for CM/ECF Registration (ECF No. 9) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff **must** submit the Consent for Electronic Service of Documents on or before **April 22, 2024** to the Clerk of Court.

IT IS FURTHER ORDERED that the Clerk of Court **must** send Plaintiff the form Consent for Electronic Service of Documents and instructions for the same. Plaintiff is not authorized to file electronically until the Consent form is submitted within the time frame specified. Upon timely submitting the Consent form, Plaintiff **must** contact the CM/ECF Help Desk at (702) 464-5555 to set up Plaintiff's CM/ECF account.

Dated this 26th day of March, 2024.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE