UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MASON WOLLERSHEIM, | Case No. 2:24-cv-00432-JAD-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| FRANCIS T. NGYUEN; LEONARD F. REINHART; CHRISTIAN L. CLARK; SAMUEL HUKILL; LUCAS ROSENGREN; LAKESHA LYLES; DAVID COLLIER; GARY FORD; CHRISTINA MALONE; JAMES CHUN; HEDI JEAN RUIZ; JAKE XIONG; DANIEL JINDRICH; and DAVID HANNA, | |
| Defendants. | |

The Court is in receipt of the Government's Response to the Court's August 27, 2024 Order. ECF No. 31. All Defendants with the exception of Christian L. Clark, Hedi Jean Ruiz and David Collier are represented by the U.S. Attorney's Office and have waived traditional service. Plaintiff was previously given through September 19, 2024 to serve these individuals (as well as others for whom service has now been accepted). ECF No. 24.

Accordingly, IT IS HEREBY ORDERED that Plaintiff must ensure the outcome of the attempts of service on Defendants Christian L. Clark, Hedi Jean Ruiz, and David Collier is promptly filed with the Court following the September 19, 2024 date by which service must occur.

Dated this 16th day of September, 2024.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1